```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

**ALEXANDER L. BAXTER,**              )
                                      )
    **Plaintiff,**                     )
**v.**                                )
                                      )
**CORRECTIONS CORPORATION OF**        )
**AMERICA, ATU DIRECTOR BOBBY**       )   No. 3:05-0137
**ALYWARD, COUNSELOR REGGIE**         )   JUDGE ECHOLS
**HEBRON, COUNSELOR GERALDINE**       )
**JOHNSON, COUNSELOR ELAINE**         )
**STEVENS, and COUNSELOR "Jane**      )
**DOE" NEWTON,**                      )
                                      )
    **Defendants.**                    )

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Plaintiff's Objections (Docket Entry No. 25) are hereby OVERRULED;

(2) The Magistrate Judge's Report and Recommendation (Docket Entry No. 23) is hereby ADOPTED;

(3) Plaintiff's Motion to Remand (Docket Entry No. 4) is hereby DENIED;

(4) Plaintiff's Motion to Amend (Docket Entry No. 21) is hereby DENIED;

(5) Plaintiff's Motion for Class Action Certification (Docket Entry No. 12) is hereby DENIED AS MOOT;

1

(6)  Plaintiff's Amended Request for Preliminary Injunction (Docket Entry No. 13) is hereby DENIED AS MOOT; and

(7)  This action is hereby DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a)(3).

(8) The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal by Plaintiff would not be taken in good faith.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE